**Electronically Filed**
**Supreme Court**
**SCWC-19-0000107**
**12-MAR-2026**
**02:55 PM**
**Dkt. 58 OGAC**

SCWC-19-0000107

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MĀLAMA KAKANILUA, an unincorporated association,
CLARE H. APANA and KANILOA LANI KAMAUNU,
Petitioners/Plaintiffs-Appellants,

vs.

DIRECTOR OF THE DEPARTMENT OF PUBLIC WORKS, COUNTY OF MAUI;
and MAUI LANI PARTNERS, a domestic partnership,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000107; CIVIL NO. 2CC181000122)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Morikawa, assigned by reason of vacancy)

Petitioners' Application for Writ of Certiorari, filed on January 15, 2026, is hereby accepted.

Under Hawaiʻi Rules of Appellate Procedure ("HRAP") Rule 40.1(i), this court "may limit the question on review." Here, we limit the question on review to question 3 of Petitioners' application for writ of certiorari.

IT IS FURTHER ORDERED that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to HRAP Rule 34(c), move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, March 12, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Trish K. Morikawa

